# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Leonardo Paz-Ortorno,

    Petitioner,

vs.

Herbert Jackson,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08-CV-5-1

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/9/2008 Order.

Signed: January 9, 2008

Frank G. Johns, Clerk
United States District Court